IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08- 13 |
| | ) |
| KATIE C. SINCLAIR, | ) |
| | ) |
| Defendant. | ) |

## MOTION AND ORDER TO SEAL CRIMINAL INFORMATION AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves that the Criminal Information and file in this case be sealed until such time as the defendant consents to proceeding by Information in open court.

COLM F. CONNOLLY
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: January 30, 2008

AND NOW, to wit, this __1st__ day of __FEBRUARY__, 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Information and File in the above-captioned case be sealed.

_____
United States ~~District~~ Judge
Magistrate