IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>KATIE C. SINCLAIR,<br><br>        Defendant. | **SEALED**<br><br>Criminal Action No. 08-*13* |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about October 24, 2003, in the District of Delaware, Katie C. Sinclair, did knowingly forge and cause to be forged the signature of a Judge of a Court of the United States, to wit, E. Stephen Derby, United States Bankruptcy Judge for the District of Maryland, on a document purporting to be an order before said Court entitled "Discharge of Debtor Before Completion of Chapter 13 Plan" in a then-pending matter known as In re: Kevin S. and Katie C. Sinclair (Debtors) for the purpose of authenticating the document, in violation of Title 18, United States Code, Section 505.

COLM F. CONNOLLY
United States Attorney

By: *Robert F. Kravetz*
Robert F. Kravetz
Assistant United States Attorney

Dated: January 28, 2008