UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **SEALED** |
| Plaintiff, | : | |
| | : | **Under Seal** |
| v. | : | Criminal Action No. CL08-13-JJF |
| | : | |
| KATIE SINCLAIR, | : | |
| | : | |
| Defendant. | : | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Keir Bradford, Esquire as attorney on behalf of Defendant, Katie Sinclair, in the above-captioned matter.

/s/ Keir Bradford

KEIR BRADFORD, ESQUIRE
Assistant Federal Public Defender
One Custom House, Suite 110
704 King Street
Wilmington, DE 19801
302-573-6010
ecf_de@msn.com

DATED: February 6, 2008



FILED
FEB 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk's Office to:

        Robert F. Kravetz
    Assistant United States Attorney
    1007 Orange Street, Suite 700
      Wilmington, DE   19801


          KEIR BRADFORD, ESQUIRE
       Assistant Federal Public Defender
       One Custom House, Suite 110
         704 King Street
         Wilmington, DE   19801


DATED: February 6, 2008