THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **SEALED** |
| | : | |
| v. | : | Criminal Action No. 08-013 JJF |
| | : | |
| KATIE SINCLAIR, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court has been notified that a Memorandum of Plea Agreement has been reached;

NOW THEREFORE, IT IS ORDERED that a Rule 11 hearing will be held on **Friday, March 14, 2008 at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

February 29, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE

FILED
FEB 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE