IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KATIE C. SINCLAIR, )<br>)<br>Defendant. ) | Criminal Action No. 08-13-JJF |

### MOTION AND ORDER TO UNSEAL INFORMATION AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, moves for this Court to unseal the Information and File in the above-captioned matter.

COLM F. CONNOLLY
United States Attorney

By: _/s/ Robert F. Kravetz_
Robert F. Kravetz
Assistant United States Attorney

Dated: March 28, 2008

**AND NOW**, to wit, this ___3___ day of ___April___ 2008, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Information and File in the above-captioned case be unsealed.

FILED
APR - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_/s/ Joseph J. Farnan, Jr._
Hon. Joseph J. Farnan, Jr.
United States District Judge